```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

      MAR 20 2023

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-203-JCM-EJY |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| JASMINE GARCIA, | |
| Defendant. | |

This Court finds Jasmine Garcia pled guilty to Count Two of a Two-Count Criminal Indictment charging her with false statement during purchase of a firearm in violation of 18 U.S.C. § 922(a)(6). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 52; Plea Agreement, ECF No. 53.

This Court finds Jasmine Garcia agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 52; Plea Agreement, ECF No. 53.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which Jasmine Garcia pled guilty.

The following property is any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(a)(6) and is subject to forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c):

1. an FN 503, 9x19mm pistol, bearing serial number CV010671;
2. a B&T GHM9, 9X19 mm pistol, bearing serial number US 20-39182;

3. a Pioneer Arms Corp Hell Pup 7.62X39mm pistol, bearing serial number PAC1139312; and

4. any and all compatible ammunition

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Jasmine Garcia in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the

///

1  petitioner's acquisition of the right, title or interest in the property, any additional facts
2  supporting the petitioner's claim, and the relief sought.

3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,
4  must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,
5  Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was
6  not sent, no later than sixty (60) days after the first day of the publication on the official
7  internet government forfeiture site, www.forfeiture.gov, whichever is earlier.

8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the
9  petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States
10 Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Misty L. Dante
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice
16 described herein need not be published in the event a Declaration of Forfeiture is issued by
17 the appropriate agency following publication of notice of seizure and intent to
18 administratively forfeit the above-described property.

19 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
20 copies of this Order to all counsel of record.

21 DATED March 20, 2023.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE