Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**June 23, 2023**

Name of Offender: **Jasmine Garcia**

Case Number: **2:21CR00203**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **June 21, 2023**

Original Offense: **False Statement During Purchase of a Firearm and Aiding and Abetting**

Original Sentence: **Time served, followed by 36 Months TSR.**

Date Supervision Commenced: **June 21, 2023**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Substance Abuse Treatment** – **You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**

## CAUSE

On June 21, 2023, Garcia was sentenced to time served with 36 months of supervised release by Your Honor, for committing the offense of False Statement During Purchase of a Firearm and Aiding and Abetting.

On June 21, 2023, following sentencing, Garcia reported to the Probation Office as directed by her conditions of supervision. Garcia was instructed by probation to submit to her first of three mandatory drug tests. Initially Garcia was reluctant but ultimately complied with the instruction. Garcia tested presumptive positive for cocaine; however, probation is still awaiting a confirmed positive from the National Testing Lab. Garcia is employed as an exotic dancer and informed

RE: Jasmine Garcia

Prob12B
D/NV Form
Rev. June 2014

officers that she had not ingested cocaine, but that one of her customers snorted the substance off her body.

On June 23, 2023, Garcia was directed to report to the Probation Office for a formal intake interview with the undersigned officer. The undersigned questioned Garcia about the positive for cocaine in which Garcia denied using. Garcia informed the undersigned that she had not used cocaine, but that she did use a quarter of Adderall. The undersigned explained that Adderall would not trigger a positive for cocaine. The undersigned asked if Garcia had a prescription for Adderall, in which she informed probation she did not. Garcia was admonished and informed that further substance abuse would result in court notification with recommendation for punitive action.

To address the behavior and to intervene with concerns of drug abuse, the undersigned officer presented Garcia with a Probation Form 49 (Waiver of Hearing) modifying conditions to include substance abuse treatment. As witnessed by her signature, Garcia agrees with the request for substance abuse treatment. Any subsequent substance use will be promptly notified to the Court.

Should your Honor have any questions or concerns regarding this matter, the undersigned is available at your convenience.

Respectfully submitted,

_____
Amanda Stevens
United States Probation Officer

Approved:

_____
Todd J. Fredlund
Supervisory United States Probation Officer

**RE: Jasmine Garcia**

Prob12B
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐      No Action.

☐      The extension of supervision as noted above.

X      The modification of conditions as noted above

☐      Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_____
Signature of Judicial Officer

June 27, 2023
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Substance Abuse Treatment** – **You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**

Witness _____          Signed _____
U.S. Probation Officer                                  Probationer or Supervised Releasee

06/23/23
Date